IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02270-KAS

ALEJANDRO ORTEGA CORTES,

        Petitioner,

v.

JUAN BALTAZAR, Denver Contract Detention Facility Warden,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Enforcement and Removal Operations,[1]
DAVID VENTURELLA,[2] Director of U.S. Immigration and Customs Enforcement (ICE), and
TODD BLANCHE, acting Attorney General of the United States,

        Respondents.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

On June 8, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus [#1] in part and ordered Respondents to provide Petitioner with a bond hearing by no later than June 15, 2026. *See Order* [#18]. On June 22, 2026, Respondents filed a status report informing the Court that on June 18, 2026, Petitioner was provided with a bond hearing before an immigration judge and was released on bond. *See Status Report* [#20].

The Court finds that Petitioner has now received the relief the Court granted to him and that no further proceedings in this matter are required. Accordingly, the Clerk of Court is directed to terminate this case.

        Dated: June 25, 2026

_____

[1] The caption has been updated here to reflect Mr. Valdez's proper title.
[2] Mr. Venturella is automatically substituted for Mr. Todd Lyons pursuant to pursuant to Fed. R. Civ. P. 25(d).