**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02270-KAS

ALEJANDRO ORTEGA CORTES,

     Petitioner,

v.

JUAN BALTAZAR, Denver Contract Detention Facility Warden,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Enforcement and Removal Operations,
DAVID VENTURELLA, Director of U.S. Immigration and Customs Enforcement (ICE), and
TODD BLANCHE, acting Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 22) of Magistrate Judge Kathryn A. Starnella entered on June 25, 2026, it is

ORDERED that the Court finds that Petitioner has now received the relief the Court granted to him.

IT IS FURTHER ORDERED that judgment enter in favor of Petitioner Alejandro Ortega Cortes and against Respondents Juan Baltazar, George Valdez, David Venturella and Todd Blanche.

IT IS FURTHER ORDERED that the Clerk of Court is directed to terminate this

case.

Dated: June 25, 2026


FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:     s/L. Galera, Deputy Clerk